# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1613. SERTICCHIO v. GADBOIS.

Appellant Antony Paul Serticchio filed motions in this court to supplement the record on appeal. He represented in the motions that documents from a separate case involving a stalking temporary/permanent protective order and documents from a separate case involving his criminal prosecution for violation of the protective order are relevant to his appeal. But Serticchio did not show, nor did our review of the record indicate, that the trial court entered an order incorporating the records associated with the separate cases into the record associated with the instant case. So we denied Serticchio's motions to supplement.

Serticchio then filed the instant motion asking us to remand the case to the trial court to allow him to file a motion in the trial court to incorporate the documents from the separate cases into the record from the instant case. Serticchio's motion is **GRANTED**. Once the trial court has ruled on the motion, if Serticchio files a timely notice of appeal, the case will be re-docketed in this court as a new appeal once the record is transmitted to this court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/14/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*